1  PHILLIP A. TALBERT
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel
3  DANIEL P. TALBERT
   Special Assistant United States Attorney
4       Social Security Administration
        160 Spear Street, Suite 800
5       San Francisco, CA 94105
        Telephone: (415) 977-8995
6       Facsimile: (415) 977-8873
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW HARVILLE,<br><br>          Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>          Defendant.[1] | No. 2:15-cv-01175-CMK<br><br>STIPULATION AND ORDER FOR A FOURTEEN-DAY EXTENSION FOR DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT |

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Carolyn W. Colvin as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

| | |
|---|---|
| 1 | The parties stipulate, subject to the approval of the Court, that Defendant shall be granted a fourteen-day extension from the current May 25, 2017 deadline to file an answer to Plaintiff's complaint.  This is Defendant's first request for an extension.  There is good cause for this extension because the undersigned counsel for Defendant has not yet received the certified administrative record in his office to review before filing the answer and record.  Counsel for Defendant apologizes to the Court and to Plaintiff for not filing this request sooner, but he delayed doing so in the hopes that the record would be available for review by the original due date.  Therefore, the parties jointly request an extension up to and including June 8, 2017. |

Respectfully submitted May 25, 2017.

DATE: May 25, 2017             *s/ Jesse Kaplan*
                               JESSE KAPLAN
                               Attorney for Plaintiff

                               PHILLIP A. TALBERT
                               United States Attorney

DATE: May 25, 2017       By    *s/ Daniel P. Talbert*
                               DANIEL P. TALBERT
                               Special Assistant United States Attorney

                               Attorneys for Defendant

## ORDER

Pursuant to stipulation, it is so ordered.

Dated:  June 1, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE