**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**MATTHEW HARVILLE**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

MATTHEW HARVILLE,

        Plaintiff,

   v.

NANCY BERRYHILL, Acting
  Commissioner of Social Security,

        Defendant.
_____/

No.   2:15-CV-01175-CMK(SS)

STIPULATION AND ORDER
FOR EXTENSION OF
TIME TO FILE PLAINTIFF'S
MOTION FOR SUMMARY
JUDGMENT

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to September 1, 2017.

This is a first extension but after the due-date under the scheduling order. The extension is caused by plaintiff's counsel's work-schedule including federal court briefs.

[Pleading Title] - 1

Dated: August 3, 2017                    /s/   *Jesse S. Kaplan*
                                         JESSE S. KAPLAN
                                         Attorney for Plaintiff


                                         PHILLIP A. TALBERT
                                         United States Attorney
                                         DEBORAH LEE STACHEL
                                         Regional Counsel, Region IX
                                         Social Security Administration

Dated: August 3, 2017                      */s/ per e-mail authorization*

                                         DANIEL TALBERT
                                         Special Assistant U.S. Attorney
                                         Attorney for Defendant

## ORDER

    For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to September 1, 2017.

    SO ORDERED.

Dated: August 18, 2017

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE