**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**MATTHEW HARVILLE**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| MATTHEW HARVILLE, | No.   2:15-CV-01175-CMK(SS) |
| Plaintiff, | **STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended from September 1 to September 6, 2017.  Plaintiff's motion, filed on September 6, 2017, is timely.

[Pleading Title] - 1

This is a second extension but of only two business days. The extension is caused by plaintiff's counsel's work-schedule including the same sequence of federal court briefs falling due that necessitated the original delay and request.

Dated:   August 31, 2017        /s/    *Jesse S. Kaplan*
                                JESSE S. KAPLAN
                                Attorney for Plaintiff


                                PHILLIP A. TALBERT
                                United States Attorney
                                DEBORAH LEE STACHEL
                                Regional Counsel, Region IX
                                Social Security Administration

Dated:  September 5, 2017         */s/ per e-mail authorization*
                                DANIEL TALBERT
                                Special Assistant U.S. Attorney
                                Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to September 6, 2017.

SO ORDERED.

Dated:  September 12, 2017

                                _____
                                CRAIG M. KELLISON
                                UNITED STATES MAGISTRATE JUDGE