**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**MATTHEW HARVILLE**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| MATTHEW HARVILLE, | No.   2:15-CV-01175-CMK(SS) |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |
| v. | |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to November 7, 2017.

Dated:   October 27, 2017                             /s/   *Jesse S. Kaplan*
                                                     JESSE S. KAPLAN
                                                     Attorney for Plaintiff

[Pleading Title] - 1

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated: October 27, 2017                    /s/ per e-mail authorization

DANIEL TALBERT
Special Assistant U.S. Attorney
Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to November 7, 2017.

SO ORDERED.

Dated: October 31, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE