**JESSE S. KAPLAN CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA 95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**MATTHEW HARVILLE**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| MATTHEW HARVILLE, | No. 2:15-CV-01175-CMK(SS) |
| Plaintiff, | **STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF** |
| v. | |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended two additional days to November 9, 2017.

The extension is requested because of plaintiff's counsel's workload, including prehearing briefs due November 6 and 7.

Dated: November 6, 2017                     /s/  *Jesse S. Kaplan*

JESSE S. KAPLAN
Attorney for Plaintiff


PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated: November 6, 2017     */s/ per e-mail authorization*

DANIEL TALBERT
Special Assistant U.S. Attorney
Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to November 9, 2017.

SO ORDERED.

Dated: November 8, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE